```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                        EASTERN DIVISION
 4   ADRIAN SMITH, on behalf      )
 5   of herself and all others    )
 6   similarly situated,          )
 7                     Plaintiff, ) Case No.
 8         v.                     ) 1:17-cv-00286-ARW-SEC
 9   BANK OF AMERICA, N.A., BANK  )
10   OF AMERICA CORPORATION, and  )
11   ADECCO USA, INC.,            )
12                    Defendants. )
13            The deposition of ADRIAN DENISE SMITH,
14   called for examination, taken pursuant to the
15   Federal Rules of Civil Procedure of the United
16   States District Courts pertaining to the taking of
17   depositions, taken before CHERYL E. NICHOLSON, CSR
18   No. 084-001932, a Notary Public within and for the
19   County of DuPage, State of Illinois, and a
20   Certified Shorthand Reporter of said state, at
21   Stephan Zouras, LLP, 205 North Michigan Avenue,
22   Suite 2560, Chicago, Illinois 60601, on Thursday,
23   the 18th day of May, A.D. 2017, at 1:25 p.m. CDT.
24
```




EXHIBIT Bank 2

800.211.DEPO (3376)
EsquireSolutions.com

```
 1    PRESENT:

 2         STEPHAN ZOURAS, LLP
           (205 North Michigan Avenue, Suite 2560
 3         Chicago, Illinois 60601) by:
           MS. CATHERINE T. MITCHELL
 4         ATTORNEY AT LAW
           T. 312-233-1550
 5         F. 312-233-1560
           cmitchell@stephanzouras.com
 6
                appeared on behalf of the Plaintiff,
 7         Adrian Smith;

 8         MCGUIREWOODS LLP
           (77 West Wacker Drive, Suite 4100
 9         Chicago, Illinois 60601-1818) by:
           MR. BRIAN E. SPANG
10         COUNSEL
           T. 312-750-3532
11         F. 312-698-4562
           bspang@mcguirewoods.com
12
                appeared on behalf of Defendants Bank of
13         America, N.A., and Bank of America
           Corporation;
14
           SMITH, GAMBRELL & RUSSELL, LLP
15         (50 North Laura Street, Suite 2600
           Jacksonville, Florida 32202) by:
16         MR. STEVEN E. BRUST
           MANAGING PARTNER
17         T. 904-598-6104
           F. 904-598-6204
18         sebrust@sgrlaw.com

19              appeared on behalf of Defendant Adecco
           USA, Inc.
20

21

22

23    REPORTED BY:   CHERYL E. NICHOLSON, C.S.R.

24              CERTIFICATE NO. 084-001932
```



```
 1              (WHEREUPON, the witness was duly
 2                   sworn or affirmed.)
 3      THE WITNESS:  I do.
 4              ADRIAN DENISE SMITH,
 5  called as a witness herein, having been first duly
 6  sworn or affirmed, was examined and testified as
 7  follows:
 8                 DIRECT EXAMINATION
 9  BY MR. BRUST:
10      Q.    Good afternoon, Ms. Smith.
11      A.    Hi.
12      Q.    We just met a minute ago.  My name is
13  Steve Brust, and I'm with the law firm of Smith,
14  Gambrell & Russell, and I represent the defendant
15  Adecco USA, Inc. in this proceeding.
16            Would you tell us your full name for the
17  record, please.
18      A.    It's Adrian Smith.
19      Q.    Where do you reside, Ms. Smith?
20      A.    1618 North Central Avenue, Chicago.  Do
21  you need the Zip code?
22      Q.    No.  That's enough.
23      A.    Okay.
24      Q.    Have you ever had your deposition taken
```



```
 1   that someone did this, so I'm absolutely not saying
 2   that, and I will not say that.  The only thing that
 3   I can continue to tell you is that I have no memory
 4   of doing it.
 5        Q.   But you might have?
 6        A.   Sure.  It's possible that I might have.
 7   I just have no memory of -- of typing in a
 8   signature.  And it just would be unfair of me to
 9   say, "Oops.  You did it," or, "Someone else did
10   it," so I'm not doing that.
11        MR. BRUST:  Those are all the questions I
12   have.
13        MR. SPANG:  Can I ask a question?
14        MS. MITCHELL:  Sure.
15                    CROSS-EXAMINATION
16   BY MR. SPANG:
17        Q.   Ms. Smith, my name is Brian Spang.  I'm
18   one of the lawyers representing the Bank of
19   America.
20        A.   Oh.  Hello.
21        Q.   Just -- just a couple questions,
22   hopefully, at most.
23             What's your understanding of the
24   relationship between Adecco and Bank of America?
```



```
 1        A.    What's my understanding of the
 2   relationship?  Um, I would be speculating that.
 3   So, what do I think the relationship is?  Is that
 4   what you're asking me?
 5        Q.    Sure.  What do you think the
 6   relationship is?
 7        A.    Um, that Bank of America is a client of
 8   Adecco.
 9        MR. SPANG:  That's my only question.
10        MS. MITCHELL:  I have no further questions.
11        MR. BRUST:  Let me go back to a subject.  I'm
12   sorry.
13             Would you mark this as our next exhibit,
14   please.
15                  (WHEREUPON, a certain document was
16                   marked Smith Deposition Exhibit
17                   No. 7, for identification, as of
18                   5-18-17.)
19        THE WITNESS:  Thank you.
20        DIRECT EXAMINATION - (Resumed)
21   BY MR. BRUST:
22        Q.    Do you recognize Exhibit 7, Ms. Smith?
23        A.    Yes, I remember seeing this.
24        Q.    Are these your answers to the
```

