# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Adrian Smith

                    Plaintiff,

v.                                         Case No.: 1:17–cv–00286
                                                     Honorable Andrea R. Wood

Bank of America, N.A., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 14, 2017:

        MINUTE entry before the Honorable Andrea R. Wood: Pursuant to the Voluntary Dismissal by Adrian Smith of Defendant Adecco USA, Inc. [43], Defendant Adecco's motion to compel [37] and motion to compel [27] are terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.