**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Adrian Smith

                              Plaintiff,

v.                                                          Case No.: 1:17−cv−00286
                                                         Honorable Andrea R. Wood

Bank of America, N.A., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 14, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. For the reasons stated on the record, Plaintiff's motion to compel [85] is denied without prejudice. The Court's written ruling on Defendant's motion to compel arbitration [50] shall issue in short order. Status hearing set for 9/6/2018 [84] remains firm. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.